UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-100-1BO

UNITED STATES OF AMERICA,      )
                               )
            v.                 )          ORDER
                               )
JOSE LANTIGUA                  )

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 46 and its accompanying Order in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and Defendant's attorney.

This the 23 day of June , 2011.


Terrence W. Boyle
United States District Judge