# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

FILED IN OPEN COURT
ON 10/5/2015 CD
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

United States of America )
v. )
Jose Francisco Lantigua )
) Case No: 5:10-CR-100-1BO
) USM No: 53406-056
Date of Original Judgment: March 7, 2012 )
Date of Previous Amended Judgment: ) Robert E. Waters
*(Use Date of Last Amended Judgment if Any)* *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 150 months **is reduced to** 120 months.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated March 7, 2012, shall remain in effect. **IT IS SO ORDERED.**

Order Date: _____   *Terrence Boyle*
                              Judge's signature

Effective Date: November 1, 2015    Terrence W. Boyle, U.S. District Judge
*(if different from order date)*      *Printed name and title*

EDNC Rev. 11/8/2011